REDACTED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Cr. A. No. 07- 100 |
| JASON WESTLEY | : |
| a/k/a "J WES" | : |
| a/k/a "J WEST" | : |
| a/k/a "JOHN WEST" | : |
| a/k/a "J DUBS" | : |
| Defendant. | : |

FILED
JUL 1 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

On or about May 13, 2007, in the State and District of Delaware, **JASON WESTLEY, a/k/a "J WES", a/k/a "J WEST", a/k/a "JOHN WEST", a/k/a "J DUBS",** defendant herein, did knowingly possess in and affecting interstate commerce, a firearm, that is, a .32 caliber Phoenix semiautomatic handgun, serial number 4175693, after having been convicted on or about June 15, 2005, of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for Kent County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT II

On or about May 13, 2007, in the State and District of Delaware, **JASON WESTLEY, a/k/a "J WES", a/k/a "J WEST", a/k/a "JOHN WEST", a/k/a "J DUBS",** defendant herein,

did knowingly possess in and affecting interstate commerce, ammunition, that is, approximately six .32 caliber rounds, after having been convicted on or about June 15, 2005, of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for Kent County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT III

On or about May 13, 2007, in the State and District of Delaware, **JASON WESTLEY, a/k/a "J WES", a/k/a "J WEST", a/k/a "JOHN WEST", a/k/a "J DUBS",** defendant herein, did knowingly possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT IV

On or about May 13, 2007, in the State and District of Delaware, **JASON WESTLEY, a/k/a "J WES", a/k/a "J WEST", a/k/a "JOHN WEST", a/k/a "J DUBS",** defendant herein, did knowingly possess a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 844.

### COUNT V

On or about May 13, 2007, in the State and District of Delaware, **JASON WESTLEY, a/k/a "J WES", a/k/a "J WEST", a/k/a "JOHN WEST", a/k/a "J DUBS",** defendant herein, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States (to wit, possession with the intent to distribute a mixture and substance containing a detectable amount of cocaine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), as set forth in Count III of this Indictment and incorporated by reference as if fully set forth herein), knowingly possessed a firearm, to wit, a .32 caliber Phoenix semiautomatic handgun, serial number

4175693, all in violation of Title 18, United States Code, Section 924(c)(1).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney

Dated: 12 JULY 07