IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 07- 100 |
| ) | |
| JASON WESTLEY ) | |
| a/k/a "J WES" ) | |
| a/k/a "J WEST" ) | |
| a/k/a "JOHN WEST" ) | |
| a/k/a "J DUBS" ) | |

## MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and David L. Hall, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Jason Westley as a result of the Indictment returned against him on July 12, 2007.

COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney

Dated: July 12, 2007

AND NOW, this __12__ day of __July__, 2007, upon the foregoing Motion, IT IS ORDERED that a warrant issue for the arrest and apprehension of Jason Westley.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge