AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

JASON WESTLEY

**WARRANT FOR ARREST**

Case Number:     CR 07-100 (UNA)

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     JASON WESTLEY
                                                                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment     ☐ Information     ☐ Complaint     ☐ Order of court     ☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice

charging him or her with     (brief description of offense)

FELON IN POSSESSION OF A FIREARM

**FILED**
**AUG 1 4 2007**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title     18     United States Code, Section(s)     922(g)(1)

PETER T. DALLEO                                           Evette Waters, Deputy Clerk
Name of Issuing Officer                                          Signature of Issuing Officer

CLERK OF COURT                                           July 13, 2007 in WILMINGTON, DE
Title of Issuing Officer                                           Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

844 King St. Wilm, DE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7-13-07 | William David, DUSM | William Pain |
| DATE OF ARREST | | |
| 8-10-07 | | |