# FEDERAL PUBLIC DEFENDER
# DISTRICT OF DELAWARE

704 King Street, Suite 110
Wilmington, Delaware 19801
Phone (302) 573-6010
FAX (302) 573-6041
www.fpdde.org

**Edson A. Bostic**
Federal Public Defender

**Eleni Kousoulis**
**Luis A. Ortiz**
**Keir Bradford**
Assistant Federal Public Defenders

**Tieffa N. Harper**
Research & Writing Specialist

October 1, 2007

The Honorable Gregory M. Sleet
Chief Judge, United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Fourth Floor
Wilmington, DE  19801

      Re:   *United States v. Jason Westley*
            **Criminal Action No.  07-100-GMS**
            **Our File No. 2007-00232**

Dear Chief Judge Sleet:

      I represent Jason Westley in the above-captioned matter which is currently scheduled for a Pretrial Conference on October 5, 2007 at 10:00 a.m.  The government has recently provided defense counsel with a Plea Agreement, which we intend to review with Mr. Westley in the near future.  In addition, Assistant United States Attorney David L. Hall, will be out of the office on October 5, 2007.

      For all the above reasons, defense counsel respectfully requests that the Pretrial Conference scheduled for October 5, 2007, be postponed.  A brief continuance of at least (7) days is respectfully requested.  This request is not opposed by the government.

                                     Respectfully submitted,

                                     /s/
                                   Luis A. Ortiz
                                   Assistant Federal Public Defender

cc:   David L. Hall, Assistant United States Attorney
       Mr. Jason Westley, Defendant