IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 07-100 GMS |
| | : |
| JASON WESTLEY | |
| | : |

**ORDER**

IT IS HEREBY ORDERED that:

1. A scheduling conference regarding the above-captioned defendant is scheduled, in chambers, for **Friday, January 18, 2008, at 11:45 a.m.** before the Honorable Gregory M. Sleet, Chief, United States District Judge, United States Courthouse, 844 N. King Street, Wilmington, DE; and

2. The time period between the date of this Order and January 18, 2008, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

January 10, 2008