IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 07-100-GMS |
| | ) |
| JASON WESTLEY | ) |
| a/k/a "J WES" | ) |
| a/k/a "J WEST" | ) |
| a/k/a "JOHN WEST" | ) |
| a/k/a "J DUBS" | ) |
| Defendant. | ) |

### ORDER

AND NOW this \_\_\_\_23rd\_\_\_\_ day of January, 2008, upon consideration of the Government's oral unopposed motion to determine competency of the defendant, pursuant to 18 U.S.C. § 4241, it is hereby **ORDERED** and **DECREED** that the government's motion is **GRANTED**.

The Court finds that there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or mental defect rendering him incompetent and unable to properly assist in his defense. A study is necessary to assist the Court in determining the competency of the defendant.

The Court finds that there is compelling reason for the study to be conducted by the Bureau of Prisons.

**IT IS HEREBY ORDERED,** pursuant to 18 U.S.C. §§ 4241 and 4247, that defendant shall forthwith be committed to the custody of the U.S. Bureau of Prisons for placement at a suitable federal facility for a term of thirty (30) days for the purpose of having a complete and thorough medical study to include a physical, psychiatric, psychological and/or neurological examination of the defendant. The thirty day period shall begin to run only when the study is

initiated at the federal facility.

IT IS FURTHER ORDERED that a psychiatric or medical study report be prepared by the examiner and that report be filed with the Court. The report shall include all of the elements listed in 18 U.S.C. § 4247(c).

BY THE COURT:

_____
Honorable Gregory M. Sleet
Chief Judge
District of Delaware

FILED

JAN 2 3 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE