UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-100-GMS |
| | : | |
| JASON WESTLEY, | : | |
| | : | |
| Defendant. | : | |

## ENTRY OF APPEARANCE

**PLEASE** add the appearance of Edson A. Bostic, Esquire as attorney and co-counsel of record on behalf of Defendant, Jason Westley, in the above-captioned matter.

/s/   *Edson A. Bostic*
EDSON A. BOSTIC
Federal Public Defender
One Customs House
704 King Street, Suite 110
Wilmington, DE 19801
(302) 573-6010
ecf_de@msn.com

DATED:  April 23, 2008

PDF created with pdfFactory Pro trial version www.pdffactory.com